# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## COURTROOM MINUTE SHEET

TRINITY LUTHERAN CHURCH OF COLUMBIA, INC

v.                                              13-4022-CV-C-NJKL

SARA PARKER PAULEY

Date:  September 19, 2013                       Time:  11:00 am – 11:32 am

Honorable Nanette K. Laughrey presiding in Jefferson City, Missouri.

CRD/ERO:    T. Lock

Appearances:        Plaintiff:    Joel Oster
                                  Erik Stanley
                    Defendant:    Donald Willoh

Parties appear in person.
11:01 Defendant presents argument.
11:07 Plaintiff presents argument.
11:26 Defendant presents rebuttal argument.
11:31 The Court takes matter under advisement.