# EXHIBIT 1

## REQUESTED ATTORNEY'S FEES (GRAND TOTAL):
## Total fees for Supreme Court, Court of Appeals, District Court, and Fee Petition efforts

| Name | Rate | Recorded Time | Time Cut | Fee reduction due to time cut | Requested Time | Requested Fee |
|---|---|---|---|---|---|---|
| Christen Price | $ 150.00 | 24.70 | 3.80 | $ 570.00 | 20.90 | $ 3,135.00 |
| Christiana Holcomb | $ 200.00 | 76.90 | 6.30 | $ 1,260.00 | 70.60 | $ 14,120.00 |
| Cynthia Fisher | $ 100.00 | 2.75 | - | $ - | 2.75 | $ 275.00 |
| Dave Cortman | $ 695.00 | 584.60 | 67.51 | $ 46,919.45 | 517.09 | $ 359,377.55 |
| Deb Hardin | $ 100.00 | 158.00 | 23.50 | $ 2,350.00 | 134.50 | $ 13,450.00 |
| Erik Stanley | $ 495.00 | 430.20 | 30.30 | $ 14,998.50 | 399.90 | $ 197,950.50 |
| Greg Baylor | $ 495.00 | 3.10 | 3.10 | $ 1,534.50 | - | $ - |
| Jennifer Watkins | $ 100.00 | 1.00 | 1.00 | $ 100.00 | - | $ - |
| Jeremiah Galus | $ 350.00 | 41.00 | 12.60 | $ 4,410.00 | 28.40 | $ 9,940.00 |
| Joel Oster | $ 450.00 | 103.20 | 5.30 | $ 2,385.00 | 97.90 | $ 44,055.00 |
| Jon Scruggs | $ 350.00 | 2.60 | 2.60 | $ 910.00 | - | $ - |
| Jonathan Whitehead | $ 300.00 | 87.80 | - | $ - | 87.80 | $ 26,340.00 |
| Jordan Lorence | $ 550.00 | 40.00 | - | $ - | 40.00 | $ 22,000.00 |
| Kevin Theriot | $ 550.00 | 16.30 | 1.50 | $ 825.00 | 14.80 | $ 8,140.00 |
| L. Sneed | $ 100.00 | 0.10 | 0.10 | $ 10.00 | - | $ - |
| Lakeila Meadows | $ 100.00 | 3.00 | 3.00 | $ 300.00 | - | $ - |
| Michael Whitehead | $ 370.00 | 128.10 | 51.00 | $ 18,870.00 | 77.10 | $ 28,527.00 |
| Pam Paulk | $ 100.00 | 2.20 | 2.20 | $ 220.00 | - | $ - |
| Ray Kaselonis | $ 450.00 | 45.00 | 7.50 | $ 3,375.00 | 37.50 | $ 16,875.00 |
| Rory Gray | $ 350.00 | 280.90 | 33.10 | $ 11,585.00 | 247.80 | $ 86,730.00 |
| Samuel Green | $ 350.00 | 2.10 | 2.10 | $ 735.00 | - | $ - |
| Sarah Henning | $ 100.00 | 5.20 | 5.20 | $ 520.00 | - | $ - |
| **GRAND TOTAL** | | 2,038.75 | 261.71 | $ 111,877.45 | 1,777.04 | $ 830,915.05 |

## Requested Fees for Supreme Court Efforts

| Name | Rate | Recorded Time | Time Cut | Fee reduction due to time cut | Requested Time | Requested Fee |
|---|---|---|---|---|---|---|
| Christen Price | $ 150.00 | 24.70 | 3.80 | $ 570.00 | 20.90 | $ 3,135.00 |
| Christiana Holcomb | $ 200.00 | 1.50 | 0.90 | $ 180.00 | 0.60 | $ 120.00 |
| Cynthia Fisher | $ 100.00 | 0.20 | - | $ - | 0.20 | $ 20.00 |
| Dave Cortman | $ 695.00 | 571.10 | 57.11 | $ 39,691.45 | 513.99 | $ 357,223.05 |
| Deb Hardin | $ 100.00 | 108.20 | 23.50 | $ 2,350.00 | 84.70 | $ 8,470.00 |
| Erik Stanley | $ 495.00 | 398.70 | 29.00 | $ 14,355.00 | 369.70 | $ 183,001.50 |
| Greg Baylor | $ 495.00 | 3.10 | 3.10 | $ 1,534.50 | - | $ - |
| Jeremiah Galus | $ 350.00 | 0.80 | 0.80 | $ 280.00 | - | $ - |
| Jon Scruggs | $ 350.00 | 2.60 | 2.60 | $ 910.00 | - | $ - |
| Jonathan Whitehead | $ 300.00 | 87.80 | - | $ - | 87.80 | $ 26,340.00 |
| Jordan Lorence | $ 550.00 | 40.00 | - | $ - | 40.00 | $ 22,000.00 |
| Kevin Theriot | $ 550.00 | 14.50 | 1.20 | $ 660.00 | 13.30 | $ 7,315.00 |
| Lakeila Meadows | $ 100.00 | 3.00 | 3.00 | $ 300.00 | - | $ - |
| Michael Whitehead | $ 370.00 | 99.30 | 53.70 | $ 19,869.00 | 45.60 | $ 16,872.00 |
| Rory Gray | $ 350.00 | 280.90 | 33.10 | $ 11,585.00 | 247.80 | $ 86,730.00 |
| **TOTAL** | | 1,636.40 | 211.81 | $ 92,284.95 | 1,424.59 | $ 711,226.55 |

## Requested Fees for Court of Appeals Efforts

| Name | Rate | Recorded Time | Time Cut | Fee reduction due to time cut | Requested Time | Requested Fee |
|---|---|---|---|---|---|---|
| Christiana Holcomb | $ 200.00 | 36.70 | 2.70 | $ 540.00 | 34.00 | $ 6,800.00 |
| Cynthia Fisher | $ 100.00 | 1.20 | - | $ - | 1.20 | $ 120.00 |
| Dave Cortman | $ 695.00 | 6.30 | 6.30 | $ 4,378.50 | - | $ - |
| Erik Stanley | $ 495.00 | 2.10 | 0.30 | $ 148.50 | 1.80 | $ 891.00 |
| Joel Oster | $ 450.00 | 26.70 | - | $ - | 26.70 | $ 12,015.00 |
| Kevin Theriot | $ 550.00 | 1.80 | 0.30 | $ 165.00 | 1.50 | $ 825.00 |
| Michael Whitehead | $ 370.00 | 19.00 | 0.80 | $ 296.00 | 18.20 | $ 6,734.00 |
| Pam Paulk | $ 100.00 | 2.20 | 2.20 | $ 220.00 | - | $ - |
| Samuel Green | $ 350.00 | 2.10 | 2.10 | $ 735.00 | - | $ - |
| **TOTAL** | | 98.10 | 14.70 | $ 6,483.00 | 83.40 | $ 27,385.00 |

## Requested Fees for District Court Efforts

| Name | Rate | Recorded Time | Time Cut | Fee reduction due to time cut | Requested Time | Requested Fee |
|---|---|---|---|---|---|---|
| Christiana Holcomb | $ 200.00 | 38.70 | 2.70 | $ 540.00 | 36.00 | $ 7,200.00 |
| Cynthia Fisher | $ 100.00 | 1.35 | - | $ - | 1.35 | $ 135.00 |
| Dave Cortman | $ 695.00 | 4.10 | 4.10 | $ 2,849.50 | - | $ - |
| Deb Hardin | $ 100.00 | 49.80 | - | $ - | 49.80 | $ 4,980.00 |
| Erik Stanley | $ 495.00 | 15.30 | 1.00 | $ 495.00 | 14.30 | $ 7,078.50 |
| Jennifer Watkins | $ 100.00 | 1.00 | 1.00 | $ 100.00 | - | $ - |
| Joel Oster | $ 450.00 | 76.50 | 5.30 | $ 2,385.00 | 71.20 | $ 32,040.00 |
| L. Sneed | $ 100.00 | 0.10 | 0.10 | $ 10.00 | - | $ - |
| Michael Whitehead | $ 370.00 | 13.30 | - | $ - | 13.30 | $ 4,921.00 |
| Sarah henning | $ 100.00 | 5.20 | 5.20 | $ 520.00 | - | $ - |
| **TOTAL** | | **205.35** | **19.40** | **$ 6,899.50** | **185.95** | **$ 56,354.50** |

## Requested Fees for Fee Petition / Settlement Efforts

| Name | Rate | Recorded Time | Time Cut | Fee reduction due to time cut | Requested Time | Requested Fee |
|---|---|---|---|---|---|---|
| Dave Cortman | $ 695.00 | 3.10 | - | $ - | 3.10 | $ 2,154.50 |
| Erik Stanley | $ 495.00 | 14.10 | - | $ - | 14.10 | $ 6,979.50 |
| Jeremiah Galus | $ 350.00 | 40.20 | 11.80 | $ 4,130.00 | 28.40 | $ 9,940.00 |
| Ray Kaselonis | $ 450.00 | 45.00 | 7.50 | $ 3,375.00 | 37.50 | $ 16,875.00 |
| **TOTAL** | | **102.40** | **19.30** | **$ 7,505.00** | **83.10** | **$ 35,949.00** |