# EXHIBIT 19

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 1/25/13 | U.S. District Court, MOWD | Litigation fees | $350.00 | Complaint filing fee | USDC MOWD |
| 1/30/13 | U.S. District Court, MOWD | Litigation fees | $100.00 | Pro Hac Vice fee re Erik Stanley | USDC MOWD |
| 2/4/13 | HPS Process Service | Litigation fees | $113.00 | Process service of complaint on Defendant | USDC MOWD |
| 9/16/13 | Ready-Conference Plus Audio | Conference Calls | $18.25 | Conference line for moot court re Motion to Dismiss Hearing | USDC MOWD |
| 9/17/13 | Ready-Conference Plus Audio | Conference Calls | $9.24 | Conference line for follow up call after moot court re Motion to Dismiss Hearing | USDC MOWD |
| 10/31/13 | Midwest Litigation Services | Depositions | $100.00 | Cancellation fee - reporter not needed re Jeremy Knee deposition | USDC MOWD |
| 2/4/14 | U.S. District Court, MOWD | Litigation fees | $505.00 | Notice of Appeal filing fee | USCA 8th Cir. |
| 3/10/14 | UPS | Shipping | $17.40 | Sent deposit check to Rapid Transcripts re Transcript of 9/19/2013 Oral Argument | USDC MOWD |
| 3/10/14 | Rapid Transcripts | Transcripts | $97.00 | Deposit for Transcript of 9/19/2013 Oral Argument | USDC MOWD |
| 3/21/14 | Rapid Transcripts | Transcripts | $24.25 | Balance due for Transcript of 9/19/2013 Oral Argument | USDC MOWD |
| 4/23/14 | FedEx | Printing | $150.90 | Printing - corrected deficiencies in appellant's brief and addendum | USCA 8th Cir. |
| 4/24/14 | Subway | Meals | $7.83 | J. Oster - lunch: MO Supreme Court: USCA 8th Circuit, research | USCA 8th Cir. |
| 4/24/14 | FedEx | Shipping | $55.39 | Sent corrected appellant's brief and addendum to USCA 8th Cir | USCA 8th Cir. |
| 5/2/14 | UPS | Shipping | $38.49 | Sent appellant's brief and addendum to opposing counsel | USCA 8th Cir. |

1

| Date | Vendor | Category | Amount | Comments: | Court |
|-------|--------|----------|--------|-----------|-------|
| 5/2/14 | UPS | Shipping | $77.83 | Sent appellant's brief and addendum to USCA 8th Circuit | USCA 8th Cir. |
| 5/29/14 | n/a | Transportation | $89.27 | J. Oster - mileage - home to MO Supreme Court: USCA 8th Circuit, research | USCA 8th Cir. |
| 7/21/14 | UPS | Shipping | $54.23 | Sent reply brief to USCA 8th Circuit | USCA 8th Cir. |
| 12/19/14 | CTS Travel | Lodging | $10.00 | J. Oster - travel agent fee: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 12/19/14 | CTS Travel | Transportation | $25.00 | E. Stanley - travel agent fee: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 12/19/14 | Southwest Airlines | Transportation | $372.20 | E. Stanley - airfare: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 1/6/15 | Ready-Conference Plus Audio | Conference Calls | $9.63 | Conference call w/E. Stanley, C. Holcomb, J. Oster: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 1/9/15 | Ready Conference Plus Audio | Conference Calls | $7.88 | Conference call facilitating the moot court at ADF AZ office | USCA 8th Cir. |
| 1/15/15 | Airport on the Run | Transportation | $6.98 | E. Stanley - gas in rental: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 1/15/15 | Blue Sky Parking | Transportation | $17.00 | E. Stanley - airport parking: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 1/15/15 | n/a | Transportation | $23.23 | E. Stanley - mileage home-airport-home: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 1/15/15 | National Car | Transportation | $72.45 | E. Stanley - rental car: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 1/15/15 | Westin, St, Louis MO | Lodging | $343.40 | E. Stanley - lodging: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 1/20/15 | Soundpath | Conference Calls | $12.14 | Conference call: Amicus brief coordination | USCA 8th Cir. |

2

| Date | Vendor | Category | Amount | Comments: | Court |
|-------|---------|----------|--------|-----------|-------|
| 1/23/15 | Cracker Barrel | Meals | $17.62 | E. Stanley - dinner: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 1/23/15 | Southwest Airlines | Transportation | $25.00 | E. Stanley - early bird check in: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 2/13/15 | QuickTrip | Meals | $3.75 | J. Oster - lunch: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 2/13/15 | Rosalita's | Meals | $8.25 | J. Oster - dinner: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 2/13/15 | Taco Bell | Meals | $10.10 | J. Oster - lunch: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 2/13/15 | Westin, St. Louis, MO | Meals | $20.58 | J. Oster - meal at hotel: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 2/13/15 | Westin, St. Louis, MO | Transportation | $31.50 | J. Oster - parking at hotel: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 2/13/15 | n/a | Transportation | $308.10 | J. Oster - mileage home to airport: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 2/13/15 | Westin, St. Louis, MO | Lodging | $322.40 | J. Oster - lodging: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 2/23/15 | Blue Sky Parking | Transportation | ($10.00) | E. Stanley - parking credit: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 2/23/15 | California Pizza Kitchen | Meals | $14.55 | E. Stanley - lunch: USCA 8th Circuit, Oral Argument | USCA 8th Cir. |
| 11/6/15 | SCOTUS | Litigation fees | $300.00 | Filing fee: Writ of certiorari | SCOTUS |
| 11/13/15 | Byron Adams | Shipping | $219.00 | Shipping petition for a writ of certiorari (70 copies) to SCOTUS | SCOTUS |
| 11/13/15 | Byron Adams | Printing | $3969.75 | Printing petition for a writ of certiorari (70 copies) | SCOTUS |

3

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 1/8/16 | Byron Adams | Printing | $1,008.34 | Printing reply brief of petitioner (70 copies) | SCOTUS |
| 4/12/16 | UPS | Shipping | $22.00 | Mailing check to Byron Adams re brief for petitioner and joint appendix | SCOTUS |
| 4/29/16 | Byron Adams | Shipping | $110.96 | Shipping brief for petitioner to SCOTUS (70 copies) | SCOTUS |
| 4/29/16 | Byron Adams | Printing | $904.00 | Printing joint appendix (70 copies) | SCOTUS |
| 4/29/16 | Byron Adams | Printing | $1,713.30 | Printing brief for petitioner (70 copies) | SCOTUS |
| 5/11/16 | Old Fountain Tavern | Meals | $35.00 | K. Theriot - lunch w/D. Cortman: SCOTUS petition | SCOTUS |
| 6/1/16 | CTS Travel | Transportation | $25.00 | E. Stanley - travel agent fee: Client meeting | SCOTUS |
| 6/1/16 | Southwest Airlines | Transportation | $30.00 | E. Stanley - early bird check in: Client meeting | SCOTUS |
| 6/1/16 | Southwest Airlines | Transportation | $886.46 | E. Stanley - airfare: Client meeting | SCOTUS |
| 6/2/16 | Delta | Transportation | $726.20 | D. Cortman - airfare: Client meeting | SCOTUS |
| 6/7/16 | Petromart | Meals | $2.81 | E. Stanley - snack: Client meeting | SCOTUS |
| 6/7/16 | Paradies | Meals | $4.67 | E. Stanley - lunch: Client meeting | SCOTUS |
| 6/7/16 | Paradies | Meals | $13.47 | D. Cortman - snack: Client meeting | SCOTUS |
| 6/7/16 | n/a | Transportation | $14.58 | E. Stanley - mileage airport - home: Client meeting | SCOTUS |

4

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 6/8/16 | McDonalds | Meals | $2.18 | E. Stanley - snack: Client meeting | SCOTUS |
| 6/8/16 | McDonalds | Meals | $4.57 | E. Stanley - breakfast: Client meeting | SCOTUS |
| 6/8/16 | Southwest Airlines | Transportation | $8.00 | E. Stanley - Wi-Fi on flight: Client meeting | SCOTUS |
| 6/9/16 | Shell Oil Mart | Meals | $3.45 | E. Stanley - snack: Client meeting | SCOTUS |
| 6/9/16 | Hudson News | Meals | $6.09 | D. Cortman - snack: Client meeting | SCOTUS |
| 6/9/16 | Delta | Transportation | $9.95 | D. Cortman - Wi-Fi on flight: Client meeting | SCOTUS |
| 6/9/16 | Atlanta Bread Company | Meals | $11.02 | D. Cortman - lunch: Client meeting | SCOTUS |
| 6/9/16 | n/a | Transportation | $11.34 | E. Stanley - mileage office to airport: Client meeting | SCOTUS |
| 6/9/16 | Phoenix Sky Harbor Int'l Airport | Transportation | $33.00 | E. Stanley - airport parking: Client meeting | SCOTUS |
| 6/9/16 | n/a | Transportation | $45.90 | D. Cortman - mileage home-airport-home: Client meeting | SCOTUS |
| 6/9/16 | Atlanta Int'l Airport | Transportation | $104.00 | D. Cortman - airport parking: Client meeting | SCOTUS |
| 6/9/16 | Holiday Inn, Columbia, MO | Lodging | $283.73 | E. Stanley - lodging: Client meeting | SCOTUS |
| 6/9/16 | Holiday Inn, Columbia, MO | Lodging | $297.07 | D. Cortman - lodging: Client meeting | SCOTUS |
| 6/9/16 | Budget Car | Transportation | $344.04 | D. Cortman - rental car: Client meeting | SCOTUS |

5

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 6/10/16 | The Country Store | Meals | $2.50 | E. Stanley - breakfast: Client meeting | SCOTUS |
| 7/4/16 | Hudson News | Meals | $7.04 | E. Stanley - dinner: Client meeting | SCOTUS |
| 7/22/16 | UPS | Shipping | $18.32 | Motion for extension to file reply brief sent to SCOTUS | SCOTUS |
| 8/19/16 | Byron Adams | Shipping | $32.60 | Postage for printer to mail copies of reply brief for petitioner to ADF | SCOTUS |
| 8/19/16 | Byron Adams | Shipping | $107.89 | Process service of reply brief for petitioner on respondent | SCOTUS |
| 8/19/16 | Byron Adams | Printing | $1,162.00 | Printing reply brief for petitioner | SCOTUS |
| 9/22/16 | UPS | Shipping | $22.49 | Sent check to Byron Adams: Reply brief for petitioner | SCOTUS |
| 9/30/16 | UPS | Shipping | ($2.12) | Refund for shipment from ADF AZ to ADF DC: Reply brief for petitioner | SCOTUS |
| 9/30/16 | UPS | Shipping | $130.61 | Shipping from ADF AZ to ADF DC: Reply brief for petitioner | SCOTUS |
| 9/30/16 | UPS | Shipping | $159.35 | Shipping from ADF AZ to ADF DC: Reply brief for petitioner | SCOTUS |
| 10/3/16 | CTS Travel | Transportation | $25.00 | E. Stanley - agent fee: Moot court at Harvard | SCOTUS |
| 10/3/16 | Delta | Transportation | $366.20 | D. Cortman - airfare: Moot court at Harvard | SCOTUS |
| 10/3/16 | Southwest Airlines | Transportation | $474.70 | E. Stanley - airfare: Moot court at Harvard | SCOTUS |
| 10/12/16 | Panera Bread | Meals | $110.84 | D. Cortman - meal during moot court at ADF AZ (attendees: Cortman, Galus, Hardin, Harvey, McCaleb, Scruggs, Tedesco, Theriot) | SCOTUS |

6

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 10/20/16 | Delta | Transportation | $6.00 | D. Cortman - Wi-Fi on flight: Moot court at Harvard | SCOTUS |
| 10/20/16 | Embassy Suites, Boston | Meals | $8.00 | E. Stanley - water: Moot court at Harvard | SCOTUS |
| 10/20/16 | Embassy Suites, Boston | Transportation | $40.00 | E. Stanley - hotel parking: Moot court at Harvard | SCOTUS |
| 10/20/16 | Embassy Suites, Boston | Lodging | $266.79 | E. Stanley - lodging: Moot court at Harvard | SCOTUS |
| 10/20/16 | Boars Head | Meals | $18.07 | D. Cortman - lunch: Moot court at Harvard | SCOTUS |
| 10/20/16 | Atlanta Int'l Airport | Transportation | $68.00 | D. Cortman - airport parking: Moot court at Harvard | SCOTUS |
| 10/20/16 | National Car | Transportation | $94.91 | E. Stanley - rental car: Moot court at Harvard | SCOTUS |
| 10/21/16 | Hudson News | Meals | $4.49 | E. Stanley - breakfast: Moot court at Harvard | SCOTUS |
| 10/21/16 | Newslink 16 Boston | Meals | $4.98 | D. Cortman - snack: Moot court at Harvard | SCOTUS |
| 10/21/16 | Paschals | Meals | $10.79 | D. Cortman - lunch: Moot court at Harvard | SCOTUS |
| 10/21/16 | America's Taco Shop | Meals | $12.79 | E. Stanley - lunch: Moot court at Harvard | SCOTUS |
| 10/21/16 | Embassy Suites, Boston | Meals | $2.00 | D. Cortman – water: Moot court at Harvard | SCOTUS |
| 10/21/16 | Embassy Suites, Boston | Lodging | $287.53 | D. Cortman - lodging: Moot court at Harvard | SCOTUS |
| 10/21/16 | Delta | Transportation | $19.95 | D. Cortman - Wi-Fi on flight: Moot court at Harvard | SCOTUS |

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 10/21/16 | Phoenix Sky Harbor Int'l Airport | Transportation | $22.00 | E. Stanley - airport parking: Moot court at Harvard | SCOTUS |
| 10/21/16 | n/a | Transportation | $45.90 | D. Cortman - mileage home-airport-home: Moot court at Harvard | SCOTUS |
| 10/31/16 | National Car, Tolls | Transportation | $3.50 | E. Stanley - road tolls in Boston: Moot court at Harvard | SCOTUS |
| 2/27/17 | Southwest Airlines | Transportation | $946.47 | E. Stanley - airfare to DC: SCOTUS prep & moots | SCOTUS |
| 2/28/17 | Southwest Airlines | Transportation | $220.94 | E. Stanley - airfare home: SCOTUS oral argument | SCOTUS |
| 2/28/17 | Delta | Transportation | $400.40 | D. Cortman - airfare: Moot courts in DC | SCOTUS |
| 3/12/17 | Delta | Transportation | $346.40 | R. Gray - airfare: SCOTUS oral argument | SCOTUS |
| 3/16/17 | Delta | Transportation | $495.40 | D. Cortman - airfare: SCOTUS prep & moots | SCOTUS |
| 3/16/17 | Delta | Transportation | $666.40 | D. Cortman - airfare: SCOTUS oral argument | SCOTUS |
| 3/17/17 | Delta | Transportation | $526.40 | D. Cortman - airfare: SCOTUS oral argument | SCOTUS |
| 3/20/17 | Southwest Airlines | Transportation | $440.94 | E. Stanley - airfare: SCOTUS oral argument | SCOTUS |
| 3/21/17 | American Airlines | Transportation | $152.20 | D. Cortman - airfare: Moot court at Regent University | SCOTUS |
| 3/21/17 | American Airlines | Transportation | $152.20 | E. Stanley - airfare: Moot court at Regent University | SCOTUS |
| 3/23/17 | Amazon | Office Supplies | $41.55 | D. Cortman - ink for printer: SCOTUS prep & moots | SCOTUS |

8

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 3/26/17 | Alexandria Yellow Cab | Transportation | $20.00 | D. Cortman - cab airport to hotel in DC: SCOTUS prep & moots | SCOTUS |
| 3/27/17 | American Airlines | Transportation | $11.14 | D. Cortman - seat change: Moot court at Regent | SCOTUS |
| 3/27/17 | n/a | Transportation | $31.03 | D. Cortman - mileage reimbursement - RT Office to Emory Law School: Moot court | SCOTUS |
| 3/29/17 | World Duty Free | Meals | $7.93 | D. Cortman - snacks: SCOTUS prep & moots | SCOTUS |
| 3/29/17 | Airport Cab | Transportation | $20.00 | D. Cortman – cab airport car return to hotel: SCOTUS prep & moots | SCOTUS |
| 3/29/17 | Delta | Transportation | $23.95 | D. Cortman - Wi-Fi on flight: Moot court at ADF AZ | SCOTUS |
| 3/29/17 | Ling & Louie's | Meals | $40.71 | D. Cortman - dinner: Moot court at ADF AZ | SCOTUS |
| 3/29/17 | National Car | Transportation | $94.04 | D. Cortman - rental car: Moot court at ADF AZ | SCOTUS |
| 3/30/17 | Atlanta Bread Company | Meals | $11.92 | D. Cortman - lunch: Moot court at ADF AZ | SCOTUS |
| 3/30/17 | Delta | Transportation | $23.95 | D. Cortman - Wi-Fi on flight: Moot court at ADF AZ | SCOTUS |
| 3/30/17 | Atlanta Int'l Airport | Transportation | $32.00 | D. Cortman - airport parking: Moot court at ADF AZ | SCOTUS |
| 3/30/17 | n/a | Transportation | $50.83 | D. Cortman - mileage home-airport-home: Moot court at ADF AZ | SCOTUS |
| 3/30/17 | UPS | Shipping | $87.46 | Ship case binders from ADF AZ to Hyatt in Washington, DC:  SCOTUS prep & moots | SCOTUS |
| 3/30/17 | UPS | Shipping | $94.88 | Ship case binders from ADF AZ to Hyatt in Washington, DC:  SCOTUS prep & moots | SCOTUS |

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 3/30/17 | UPS | Shipping | $98.40 | Ship case binders from ADF AZ to Hyatt in Washington, DC: SCOTUS prep & moots | SCOTUS |
| 3/30/17 | UPS | Shipping | $240.88 | Ship case binders from ADF GA to Washington DC: SCOTUS prep & moots | SCOTUS |
| 3/30/17 | Aloft | Lodging | $285.72 | D. Cortman - lodging: Moot court at ADF AZ | SCOTUS |
| 3/30/17 | Charlie Palmer Steakhouse | Meals | $877.10 | E. Stanley - client dinner: SCOTUS oral argument | SCOTUS |
| 3/31/17 | Delta | Transportation | $276.00 | D. Cortman - airfare: SCOTUS prep & moots | SCOTUS |
| 4/2/17 | Paradies | Meals | $7.26 | E. Stanley - snack: SCOTUS prep & moots | SCOTUS |
| 4/2/17 | Southwest Airlines | Transportation | $8.00 | E. Stanley - Wi-Fi on flight: to KS for moot at ACU | SCOTUS |
| 4/2/17 | Travel Traders | Meals | $8.45 | E. Stanley - snacks: SCOTUS prep & moots | SCOTUS |
| 4/2/17 | Uber | Transportation | $16.53 | E. Stanley - Uber airport to hotel: SCOTUS prep & moots | SCOTUS |
| 4/2/17 | The Dubliner | Meals | $18.35 | D. Cortman - dinner: SCOTUS prep & moots | SCOTUS |
| 4/2/17 | Hyatt Regency Washington | Meals | $26.55 | D. Cortman - lunch: SCOTUS prep & moots | SCOTUS |
| 4/2/17 | Uber | Transportation | $27.12 | E. Stanley - Uber home to airport: SCOTUS prep & moots | SCOTUS |
| 4/3/17 | Grand Cab | Transportation | $8.64 | D. Cortman - cab - hotel to moot: SCOTUS prep & moots | SCOTUS |
| 4/3/17 | Walmart | Meals | $9.88 | E. Stanley - snack: SCOTUS prep & moots | SCOTUS |

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 4/3/17 | The Dubliner | Meals | $20.82 | D. Cortman - dinner: SCOTUS prep & moots | SCOTUS |
| 4/3/17 | The Dubliner | Meals | $20.83 | E. Stanley - dinner: SCOTUS prep & moots | SCOTUS |
| 4/3/17 | The Dubliner | Meals | $21.62 | D. Cortman - dinner: SCOTUS prep & moots | SCOTUS |
| 4/3/17 | The Dubliner | Meals | $21.62 | E. Stanley - dinner: SCOTUS prep & moots | SCOTUS |
| 4/3/17 | Amazon | Office Supplies | $374.49 | R. Gray - Printer and ink: SCOTUS prep & moots | SCOTUS |
| 4/4/17 | Hudson News | Meals | $7.16 | E. Stanley - snack: SCOTUS prep & moots | SCOTUS |
| 4/4/17 | Hudson News | Meals | $7.17 | D. Cortman - snack: SCOTUS prep & moots | SCOTUS |
| 4/4/17 | Panera Bread | Meals | $10.61 | E. Stanley - lunch: SCOTUS prep & moots | SCOTUS |
| 4/4/17 | Panera Bread | Meals | $10.62 | D. Cortman - lunch: SCOTUS prep & moots | SCOTUS |
| 4/4/17 | Transco | Transportation | $21.64 | D. Cortman - cab - airport to hotel: Moot court at Regent University | SCOTUS |
| 4/4/17 | One City | Transportation | $22.48 | D. Cortman - cab - hotel to airport: Moot court at Regent University | SCOTUS |
| 4/4/17 | Park Fairfax Citgo | Transportation | $26.29 | E. Stanley - gas in rental: Moot court at Regent University | SCOTUS |
| 4/4/17 | Thunder Grill | Meals | $27.32 | E. Stanley - dinner: SCOTUS prep & moots | SCOTUS |
| 4/4/17 | Thunder Grill | Meals | $27.33 | D. Cortman - dinner: SCOTUS prep & moots | SCOTUS |

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 4/4/17 | Delta | Transportation | $70.00 | D. Cortman - flight change: SCOTUS prep & moots | SCOTUS |
| 4/4/17 | National Car | Transportation | $77.23 | D . Cortman - rental car: Moot court at Regent University | SCOTUS |
| 4/4/17 | Delta | Transportation | $177.00 | D. Cortman - airfare: SCOTUS prep & moots | SCOTUS |
| 4/5/17 | Corner Bakery Café | Meals | $3.29 | E. Stanley - breakfast: SCOTUS prep & moots | SCOTUS |
| 4/5/17 | Hitch | Transportation | $10.82 | E. Stanley - cab to dinner w/D.Cortman, M.Whitehead | SCOTUS |
| 4/5/17 | Corner Bakery Café | Meals | $24.27 | E. Stanley, D. Cortman - lunch: SCOTUS prep & moots | SCOTUS |
| 4/5/17 | Execucar | Transportation | $1,305.08 | Transport clients from hotel to SCOTUS for oral argument | SCOTUS |
| 4/5/17 | Execucar | Transportation | $1,305.08 | Transport clients from SCOTUS to hotel after oral argument | SCOTUS |
| 4/6/17 | Delta | Transportation | $4.95 | D. Cortman - Wi-Fi on flight: SCOTUS prep & moots | SCOTUS |
| 4/6/17 | Uber | Transportation | $6.62 | E. Stanley - Uber to restaurant: SCOTUS prep & moots | SCOTUS |
| 4/6/17 | Uber | Transportation | $9.89 | E. Stanley - Uber hotel to moot court | SCOTUS |
| 4/6/17 | n/a | Tips | $11.00 | D. Cortman - tips - hotel/cabs: SCOTUS prep & moots | SCOTUS |
| 4/6/17 | Good Stuff Eatery | Meals | $11.39 | D. Cortman - dinner: SCOTUS prep & moots | SCOTUS |
| 4/6/17 | McDonalds | Meals | $11.64 | E. Stanley - dinner: SCOTUS prep & moots | SCOTUS |

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 4/6/17 | Luxury Cab | Transportation | $22.67 | D. Cortman - cab - hotel to airport: SCOTUS prep & moots | SCOTUS |
| 4/6/17 | Sandwich by Phillip | Meals | $34.23 | D. Cortman, E. Stanley - lunch: Moot court | SCOTUS |
| 4/6/17 | Atlanta Int'l Airport | Transportation | $64.00 | D. Cortman - airport parking: SCOTUS prep & moots | SCOTUS |
| 4/6/17 | Uber | Transportation | $107.95 | D. Cortman - Uber home from airport: SCOTUS prep & moots | SCOTUS |
| 4/7/17 | Daniel Ntim Cab | Transportation | $9.82 | E. Stanley - cab with D. Cortman to moot court | SCOTUS |
| 4/7/17 | Uber | Transportation | $10.52 | E. Stanley - Uber from moot to hotel | SCOTUS |
| 4/7/17 | Corner Bakery Café | Meals | $15.48 | E. Stanley - lunch: SCOTUS prep & moots | SCOTUS |
| 4/7/17 | Shake Shack | Meals | $19.83 | E. Stanley - dinner: SCOTUS prep & moots | SCOTUS |
| 4/9/17 | Chipotle | Meals | $12.00 | E. Stanley - lunch: SCOTUS prep & moots | SCOTUS |
| 4/9/17 | World Duty Free | Meals | $12.79 | D. Cortman - snacks: SCOTUS prep & moots | SCOTUS |
| 4/9/17 | Delta | Transportation | $14.95 | D. Cortman - Wi-Fi on flight: SCOTUS prep & moots | SCOTUS |
| 4/9/17 | Prime Cab | Transportation | $20.11 | D. Cortman - cab - airport to hotel in DC: SCOTUS prep & moots | SCOTUS |
| 4/10/17 | Uber | Transportation | $7.12 | D. Cortman - Uber dinner to hotel: SCOTUS prep & moots | SCOTUS |
| 4/10/17 | n/a | Tips | $10.00 | E. Stanley - tips - Uber/cabs: SCOTUS prep & moots | SCOTUS |

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 4/10/17 | n/a | Laundry | $12.00 | E. Stanley - laundry on extended stay: SCOTUS prep & moots | SCOTUS |
| 4/10/17 | Uber | Transportation | $16.80 | E. Stanley - Uber from Catholic University moot | SCOTUS |
| 4/10/17 | Dial Cab | Transportation | $20.95 | E. Stanley - cab to Catholic University moot | SCOTUS |
| 4/11/17 | Taxi | Transportation | $7.93 | D. Cortman - taxi: SCOTUS prep & moots | SCOTUS |
| 4/11/17 | Corner Bakery Café | Meals | $27.67 | D. Cortman, E. Stanley - lunch: SCOTUS prep & moots | SCOTUS |
| 4/11/17 | Café Berlin | Meals | $65.28 | D. Cortman, E. Stanley - dinner: SCOTUS prep & moots | SCOTUS |
| 4/12/17 | Sandwich by Phillip | Meals | $6.47 | E. Stanley - lunch: SCOTUS prep & moots | SCOTUS |
| 4/12/17 | Presidential Car | Transportation | $8.20 | D. Cortman - cab from dinner w/E. Stanley, M. Whitehead: SCOTUS prep & moots | SCOTUS |
| 4/12/17 | Time Cab | Transportation | $10.28 | D. Cortman - cab to dinner w/E. Stanley, M. Whitehead: SCOTUS prep & moots | SCOTUS |
| 4/12/17 | Matchbox Chinatown | Meals | $90.90 | E. Stanley - dinner w/Whitehead, Cortman: SCOTUS prep & moots | SCOTUS |
| 4/13/17 | n/a | Tips | $9.00 | D. Cortman - tips - hotel/cabs: SCOTUS prep & moots | SCOTUS |
| 4/13/17 | n/a | Transportation | $14.45 | E. Stanley - mileage Airport to home: SCOTUS prep & moots | SCOTUS |
| 4/13/17 | n/a | Transportation | $14.45 | E. Stanley - mileage home to airport: SCOTUS prep & moots | SCOTUS |
| 4/13/17 | Uber | Transportation | $14.85 | E. Stanley - Uber hotel to airport: SCOTUS prep & moots | SCOTUS |

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 4/13/17 | Delta | Transportation | $15.95 | D. Cortman - Wi-Fi on flight: SCOTUS prep & moots | SCOTUS |
| 4/13/17 | Cibo Express Walkthrough Market | Meals | $19.38 | E. Stanley - lunch: SCOTUS prep & moots | SCOTUS |
| 4/13/17 | Ronal Reagan Washington Nat'l Airport | Meals | $19.53 | D. Cortman - lunch: SCOTUS prep & moots | SCOTUS |
| 4/13/17 | VIP Cabs | Transportation | $20.27 | D. Cortman - cab airport to hotel: SCOTUS prep & moots | SCOTUS |
| 4/13/17 | n/a | Transportation | $50.83 | D. Cortman - mileage home-airport-home: SCOTUS prep & moots | SCOTUS |
| 4/13/17 | Atlanta Int'l Airport | Transportation | $67.00 | D. Cortman - airport parking: SCOTUS prep & moots | SCOTUS |
| 4/13/17 | Hyatt Regency Washington | Lodging | $4,890.62 | E. Stanley - lodging: SCOTUS prep & moots | SCOTUS |
| 4/16/17 | Paradies | Meals | $15.94 | E. Stanley - snacks for room: SCOTUS prep | SCOTUS |
| 4/16/17 | Alexandria Union Cab | Transportation | $19.90 | D. Cortman - cab airport-hotel: SCOTUS oral argument | SCOTUS |
| 4/16/17 | HMS Host | Meals | $22.25 | E. Stanley - lunch: SCOTUS oral argument | SCOTUS |
| 4/16/17 | n/a | Transportation | $28.89 | E. Stanley - mileage home-airport-home: SCOTUS prep & moots | SCOTUS |
| 4/17/17 | Uber | Transportation | $7.65 | E. Stanley - Uber to hotel after moot court at Heritage | SCOTUS |
| 4/17/17 | Hitch | Transportation | $8.66 | D. Cortman - cab court to hotel: SCOTUS prep | SCOTUS |
| 4/17/17 | Uber | Transportation | $8.88 | E. Stanley - Uber SCOTUS to hotel: SCOTUS prep | SCOTUS |

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 4/17/17 | Black Pearl Cab | Transportation | $9.20 | E. Stanley - cab court to hotel: SCOTUS prep | SCOTUS |
| 4/17/17 | Uber | Transportation | $13.27 | E. Stanley - Uber airport to hotel: SCOTUS oral argument | SCOTUS |
| 4/17/17 | Walmart | Meals | $20.62 | E. Stanley - food for room: SCOTUS prep | SCOTUS |
| 4/17/17 | La Loma Mexican Restaurant | Meals | $29.10 | E. Stanley - dinner: SCOTUS prep & moots | SCOTUS |
| 4/17/17 | Delta | Transportation | $340.00 | D. Cortman - airline change fee: SCOTUS oral argument | SCOTUS |
| 4/18/17 | Travel Traders | Meals | $3.69 | R. Gray - soda: SCOTUS oral argument | SCOTUS |
| 4/18/17 | Jamba Juice | Meals | $7.48 | R. Gray - breakfast: SCOTUS oral argument | SCOTUS |
| 4/18/17 | Christian Ezinne Cab | Transportation | $8.39 | E. Stanley - cab hotel to SCOTUS: SCOTUS prep | SCOTUS |
| 4/18/17 | Travel Traders | Meals | $8.45 | D. Cortman - snacks: SCOTUS prep | SCOTUS |
| 4/18/17 | Haagen-Dazs | Meals | $8.51 | E. Stanley - snacks: SCOTUS prep | SCOTUS |
| 4/18/17 | Uber | Transportation | $15.09 | E. Stanley - Uber airport to hotel: SCOTUS oral argument | SCOTUS |
| 4/18/17 | Hitch | Transportation | $19.98 | R. Gray - cab to airport: SCOTUS oral argument | SCOTUS |
| 4/18/17 | Raja Iqbal Taxi | Transportation | $23.33 | R. Gray - cab airport to hotel: SCOTUS oral argument | SCOTUS |
| 4/18/17 | Delta | Transportation | $25.00 | R. Gray - baggage fee: SCOTUS oral argument | SCOTUS |

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 4/18/17 | SCOTUS Cafeteria | Meals | $25.19 | E. Stanley, D. Cortman - lunch: SCOTUS prep | SCOTUS |
| 4/18/17 | Shake Shack | Meals | $30.20 | R. Gray - lunch: SCOTUS oral argument | SCOTUS |
| 4/18/17 | FedEx | Shipping | $57.05 | Letter to SCOTUS re 4-13-2017 press release re Governor Greitens | SCOTUS |
| 4/18/17 | FedEx | Shipping | $57.05 | Letter to SCOTUS - copy to D. John Sauer re 4-13-2017 press release re Governor Greitens | SCOTUS |
| 4/19/17 | Travel Traders | Meals | $3.69 | R. Gray - soda: SCOTUS oral argument | SCOTUS |
| 4/19/17 | Travel Traders | Meals | $6.33 | D. Cortman - snack: SCOTUS oral argument | SCOTUS |
| 4/19/17 | Hitch | Transportation | $9.28 | E. Stanley - cab SCOTUS to hotel: SCOTUS oral argument | SCOTUS |
| 4/19/17 | Delta | Transportation | $25.00 | R. Gray - baggage fee: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Sandwich by Phillip | Meals | $4.71 | D. Cortman - snack: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Hudson News | Meals | $4.99 | D. Cortman - snack: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Southwest Airlines | Transportation | $8.00 | E. Stanley - Wi-Fi on flight home: SCOTUS oral argument | SCOTUS |
| 4/20/17 | n/a | Tips | $8.00 | R. Gray - tips - hotel/airports: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Uber | Transportation | $15.40 | E. Stanley - Uber hotel to airport: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Hudson News | Meals | $18.21 | E. Stanley - lunch: SCOTUS oral argument | SCOTUS |

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 4/20/17 | PreFlight Airport Parking | Transportation | $25.14 | R. Gray - airport parking: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Sandwich by Phillip | Meals | $25.50 | D. Cortman - lunch: SCOTUS oral argument | SCOTUS |
| 4/20/17 | n/a | Tips | $31.00 | D. Cortman - tips - hotel/airport/cab: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Uber | Transportation | $37.13 | E. Stanley - Uber airport to home: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Grille District | Meals | $40.92 | R. Gray - breakfast: SCOTUS oral argument | SCOTUS |
| 4/20/17 | n/a | Transportation | $52.43 | R. Gray - mileage home-airport-home: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Atlanta Int'l Airport | Transportation | $76.00 | D. Cortman - airport parking: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Hyatt Regency Washington | Lodging | $728.30 | R. Gray - lodging: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Hyatt Regency Washington | Lodging | $1,488.96 | E. Stanley - lodging: SCOTUS oral argument | SCOTUS |
| 4/20/17 | Hyatt Regency Washington | Meals | $378.51 | D. Cortman - meals at hotel: SCOTUS prep/moots/ oral argument | SCOTUS |
| 4/20/17 | Hyatt Regency Washington | Lodging | $9,726.26 | D. Cortman - lodging: SCOTUS prep/moots/ oral argument | SCOTUS |
| 4/21/17 | Hyatt Regency Washington | Lodging | ($105.60) | Occupancy Tax Refund: D. Cortman re: SCOTUS prep/moots/oral argument | SCOTUS |
| 4/21/17 | Hyatt Regency Washington | Lodging | ($85.28) | Occupancy Tax Refund: Client Philip Glenn - SCOTUS oral argument | SCOTUS |
| 4/21/17 | HMS Host | Meals | $20.87 | E. Stanley - dinner: SCOTUS prep & moots | SCOTUS |

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 4/21/17 | Hyatt Regency Washington | Lodging | $673.48 | Client Phil Glenn - lodging: SCOTUS oral argument | SCOTUS |
| 4/21/17 | Hyatt Regency Washington | Lodging | $728.30 | Client Annette Kiehne - lodging: SCOTUS oral argument | SCOTUS |
| 4/21/17 | Hyatt Regency Washington | Lodging | $718.30 | Client Gayle Shuster - lodging: SCOTUS oral argument | SCOTUS |
| 4/23/17 | n/a | Transportation | $33.17 | D. Cortman - mileage to/from moot court | SCOTUS |
| 4/28/17 | Client Gayle Schuster | Transportation | $279.88 | Client Gail Schuster - airfare: SCOTUS oral argument | SCOTUS |
| 4/28/17 | Client Philip Glenn | Transportation | $35.00 | Client Philip Glenn - airport parking: SCOTUS oral argument | SCOTUS |
| 4/28/17 | Client Philip Glenn | Transportation | $105.93 | Client Philip Glenn - mileage home-airport-home: SCOTUS oral argument | SCOTUS |
| 4/28/17 | Client Philip Glenn | Transportation | $478.88 | Client Philip Glenn - airfare: SCOTUS oral argument | SCOTUS |
| 4/28/17 | Client Gayle Schuster | Transportation | $13.64 | Client Gail Schuster - Uber hotel to airport: SCOTUS oral argument | SCOTUS |
| 5/1/17 | Westlaw | Litigation fees | $28.00 | Case Research in Westlaw: SCOTUS prep & moots | SCOTUS |
| 5/3/17 | UPS | Shipping | $22.41 | Shipping case binders from ADF GA to ADF AZ: SCOTUS prep & moots | SCOTUS |
| 5/5/17 | Client Annette Kiehne | Transportation | $35.00 | Client Annette Kiehne - airport parking: SCOTUS oral argument | SCOTUS |
| 5/5/17 | Client Annette Kiehne | Transportation | $124.66 | Client Annette Kiehne - mileage home-airport-home: SCOTUS oral argument | SCOTUS |
| 5/5/17 | Client Annette Kiehne | Transportation | $496.40 | Client Annette Kiehne - airfare: SCOTUS oral argument | SCOTUS |

19

| Date | Vendor | Category | Amount | Comments: | Court |
|---|---|---|---|---|---|
| 5/22/17 | UPS | Shipping | $7.28 | Shipping binders 1 of 2 from ADF GA to ADF AZ: SCOTUS prep & moots | SCOTUS |
| 5/22/17 | UPS | Shipping | $7.28 | Shipping binders 2 of 2 from ADF GA to ADF AZ: SCOTUS prep & moots | SCOTUS |
| **Total** | | | $51,548.53 | | |